

1  McGREGOR W. SCOTT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ) | 1:06- SW-F-036 SMS |
| ) | SW-F-037 SMS |
| SEARCH WARRANTS AUTHORIZED ON ) | SW-F-038 SMS |
| ) | SW-F-039 SMS |
| 2810 Tahoe Drive, Merced, CA; ) | SW-F-040 SMS |
| ) | SW-F-041 SMS |
| 2232 Lobo Avenue, Merced, CA ) | SW-F-042 SMS |
| ) | |
| 3512 W. Highway 140, Merced, ) | APPLICATION TO UNSEAL SEARCH AND |
| CA; ) | SEIZURE WARRANTS, APPLICATIONS, |
| ) | AND AFFIDAVITS, AND SUPPORTING |
| 1135 Martin Luther King, Jr. ) | MEMORANDUM |
| Way, Merced, CA; ) | |
| ) | |
| One 2003 Chevrolet Avalanche, ) | |
| California License # 7D28291; ) | |
| ) | |
| One 2001 GMC Sierra 6R58878; ) | |
| ) | |
| One 1999 Honda Odyssey ) | |
| 4RHX993. ) | |
| ) | |

   The United States of America hereby applies to this Court for an order unsealing the search and seizure warrants, applications, and affidavits in the above-captioned proceeding.

   This motion is based on the fact that there is no longer a need to keep these items sealed since the investigation resulted in the arrests and the prosecution of defendants in <u>United States</u>

1

1 | v. Sergio Reynol Padilla, et al., 1:06-cr-0059 AWI.

2 | Dated: April 17, 2007                    Respectfully submitted,

3 |                                          McGREGOR W. SCOTT
                                             United States Attorney
4 |

5 |                                 By:     /s/ Karen Escobar
                                             KAREN A. ESCOBAR
6 |                                          Assistant U.S. Attorney



FILED
APR 17 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ) | 1:06 SW-F-036 SMS |
| ) | SW-F-037 SMS |
| SEARCH WARRANTS AUTHORIZED ON ) | SW-F-038 SMS |
| ) | SW-F-039 SMS |
| 2810 Tahoe Drive, Merced, CA; ) | SW-F-040 SMS |
| ) | SW-F-041 SMS |
| 2232 Lobo Avenue, Merced, CA ) | SW-F-042 SMS |
| ) | |
| 3512 W. Highway 140, Merced, ) | ORDER TO UNSEAL SEARCH AND |
| CA; ) | SEIZURE WARRANTS, APPLICATIONS, |
| ) | AND AFFIDAVITS, AND SUPPORTING |
| 1135 Martin Luther King, Jr. ) | MEMORANDUM |
| Way, Merced, CA; ) | |
| ) | |
| One 2003 Chevrolet Avalanche, ) | |
| California License # 7D28291; ) | |
| ) | |
| One 2001 GMC Sierra 6R58878; ) | |
| ) | |
| One 1999 Honda Odyssey ) | |
| 4RHX993. ) | |

Having considered the government's application to unseal the search and seizure warrants, applications, and affidavits in the above-captioned proceeding,

IT IS HEREBY ORDERED that the search and seizure warrants, applications, and affidavits shall be UNSEALED.

Dated: April 17, 2007

SANDRA M. SNYDER
U.S. Magistrate Judge